# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS J. ALSTON<br>  4020 Southern Ave, SE<br>  Washington, D.C. 20020<br>  (240) 432-0927<br>    Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC<br>  555 WEST ADAMS STREET<br>  CHICAGO, IL 60661<br>    Defendant. | CASE NO. _____ |

## TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, on the following grounds:

1. Plaintiff Thomas J. Alston served Trans Union on or about December 12, 2019, with a Complaint, Initial Order And Addendum and a Summons filed in the Superior Court of the District of Columbia. Copies of the Complaint, Initial Order And Addendum and Summons are attached hereto, pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A**, **Exhibit B** and **Exhibit C**, respectively. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 1 and 18-28.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

5. Notice of this removal will promptly be filed with the Superior Court of the District of Columbia and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Superior Court of the District of Columbia to this United States District Court, District of Columbia.

Respectfully submitted,

/s/
Regine Francois, Esq. (DC Bar ID #982637)
Francois Legal Group, LLC
9701 Apollo Drive, Ste. 301
Largo, MD 20774
Telephone: (301) 358-0377
E-Mail: rfrancois@flegalgroup.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **2nd day of January, 2020.** Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 2nd **day of January, 2020,** properly addressed as follows:

| **Pro Se Plaintiff**<br>Thomas J. Alston<br>4020 Southern Ave, SE<br>Washington, D.C. 20020 | |
|---|---|

/s/
Regine Francois, Esq. (DC Bar ID #982637)
Francois Legal Group, LLC
9701 Apollo Drive, Ste. 301
Largo, MD 20774
Telephone: (301) 358-0377
E-Mail: rfrancois@flegalgroup.com

*Counsel for Defendant Trans Union, LLC*